UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELISSA L. TURNEY,<br>ROSS E. TURNEY, her husband<br>and T.S., her minor son, by Melissa<br>Turney as Parent and Legal Guardian,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR GLOVER, and<br>WENGER TRUCK LINE, INC.,<br>a Foreign Corporation<br>Defendants. | :<br>:<br>:<br>:   Dist. Ct. No. 07-648<br>:   CIVIL ACTION No.: 07C-08-035 JTV<br>:<br>:<br>:<br>:   NOTICE OF REMOVAL<br>:<br>:<br>:<br>:<br>: |

FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**NOTICE OF REMOVAL**

Arthur Glover and Wenger Truck Line, Inc., defendants in the above entitled action, respectfully state as follows:

1. On August 22, 2007, a civil action was commenced against the defendants in the Superior Court of the State of Delaware in and for Kent County entitled Melissa L. Turney, Ross E. Turney, her husband and T.S., her minor son, by Melissa Turney as Parent and Legal Guardian v. Arthur Glover, and Wenger Truck Line, Inc., a Foreign Corporation; Civil Action No. 07C-08-035 JTV. Plaintiff has certified that damages exceed $100,000 and, therefore, filed the complaint as a non-arbitration case. Copies of all pleadings and process filed against defendants in this action are attached hereto.

2. The aforementioned case is a personal injury action that arose from an alleged August 25, 2005 motor vehicle accident.

3. On September 27, 2007 Defendant Wenger Truck Line, Inc., received copies of the summons, praecipe and complaint.

4. Plaintiffs are allegedly residents of the State of Delaware who reside at 30 Vineyard Lane, Felton, Delaware 19943.

5. At the time the action was commenced, Defendant Wegner Truck Lines, Inc., is a foreign corporation existing under the laws of the state of Iowa with its principal place of business located at 1011 Floral Lane, Davenport, Iowa 52802.

6. At the time the action was commenced, Defendant Arthur Glover is a resident of the State of Illinois who resides at Van Wie Avenue, Rockford, Illinois 61103.

7. This Court has original jurisdiction of this action on the basis of diversity of citizenship, under 28 U.S.C. §1332, and removal jurisdiction under 28 U.S.C. §1441(a).

8. The petitioners will give written notice of the filing of this petition to the plaintiffs as required by 28 U.S.C. §1446(d).

9. A copy of this notice will be filed with the Prothonotary for Kent County Superior Court as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants request that the action filed in Kent County Superior Court be removed to and proceed forward in the United States District Court for the District of Delaware.

CASARINO, CHRISTMAN & SHALK, P.A.

_/s/ Sarah Brannan_

Stephen P. Casarino, Esq.
Del. Bar ID No. 174
Sarah C. Brannan, Esq.
Del. Bar ID No. 4685
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELISSA L. TURNEY, | : | District Court No. 07-648 |
| ROSS E. TURNEY, her husband | : | |
| and T.S., her minor son, by Melissa | : | |
| Turney as Parent and Legal Guardian, | : | CIVIL ACTION No.: 07C-08-035 JTV |
| | : | |
| Plaintiffs, | : | NOTICE OF REMOVAL |
| | : | |
| v. | : | |
| | : | |
| ARTHUR GLOVER, and | : | |
| WENGER TRUCK LINE, INC., | : | |
| a Foreign Corporation | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be served via first class mail/hand delivery at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 19th day of October 2007, a true and correct copy of the attached Notice of Removal to:

Steven J. Stirparo, Esquire
3622 Silverside Road
Wilmington, DE 19810

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Sarah Brannan

STEPHEN P. CASARINO, ESQ. #174
SARAH C. BRANNAN, ESQ. #4685
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorneys for the Defendant

≈JS 44 (Rev. 11/04)                              CIVIL COVER SHEET                               07-648

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS Melissa L. Turney, Ross E. Turney, her husband and T.S., her minor son, by Melissa Turney as Parent and Legal Guardian | DEFENDANTS Arthur Glover and Wenger Truck Line, Inc., A Foregin Corporation |
|---|---|
| (b) County of Residence of First Listed Plaintiff _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>Steven J. Stirparo, Esq.<br>3622 Silverside Road, Wilm, DE 19810<br>302-479-9555 | Attorneys (If Known) Stephen P. Casarino, Esq. and Sarah C. Brannan, Esq., 800 N. King Street, #200 Wilmington, DE 19801 302-594-4500 |

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☒ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br><br>**PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**  Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. 1441
Brief description of cause: Notice of Removal of personal injury action with diversity of citizenship

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $         CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**  (See instructions:)  JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD  /s/ Sarah Brannan

**FOR OFFICE USE ONLY**
RECEIPT #       AMOUNT       APPLYING IFP       JUDGE       MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 - 648

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

10/17/07
(Date forms issued)

*[Signature]*
(Signature of Party or their Representative)

Lori A. McQuilling
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action