UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELISSA L. TURNEY, : | |
| ROSS E. TURNEY, her husband : | |
| and T.S., her minor son, by Melissa : | |
| Turney as Parent and Legal Guardian, : | Dist. Ct. No. 07-648 JJF |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| ARTHUR GLOVER, and : | |
| WENGER TRUCK LINE, INC., : | |
| a Foreign Corporation : | |
| Defendants. : | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephen P. Casarino, Esquire, Casarino, Christman & Shalk, as attorney for defendants Arthur Glover and Wenger Truck Line, Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendants. The defendants specifically reserve the rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for the Defendants

Dated: October 31, 2007

## **CERTIFICATE OF SERVICE**

    I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 31st day of October 2007, a true and correct copy of the attached Entry of Appearance to:

        Steven J. Stirparo, Esq.
        3622 Silverside Road
        Wilmington, DE 19810

        CASARINO, CHRISTMAN & SHALK, P.A.

        /s/ Stephen P. Casarino
        STEPHEN P. CASARINO, ESQUIRE
        I.D. No. 174
        800 North King Street, Suite 200
        P.O. Box 1276
        Wilmington, DE 19899
        (302) 594-4500
        Attorney for the Defendants