UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELISSA L. TURNEY, : | |
| ROSS E. TURNEY, her husband : | |
| and T.S., her minor son, by Melissa : | |
| Turney as Parent and Legal Guardian, : | Dist. Ct. No. 07-648 JJF |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| ARTHUR GLOVER, and : | |
| WENGER TRUCK LINE, INC., : | |
| a Foreign Corporation : | |
| Defendants. : | |

### NOTICE OF SERVICE

I, Stephen P. Casarino, hereby state that on this 13th day of December, 2007, I have had deposited in the mailbox at 800 N. King Street, Wilmington, Delaware, 19801, true and correct copies of the Defendant's Interrogatories Directed to Plaintiff and Defendant's Request for Production of Documents Directed to Plaintiff to:

Steven J. Stirparo, Esq.
3622 Silverside Road
Wilmington, DE 19810

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for the Defendants