**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, )<br>her husband and TREVOR SHIVELY, her )<br>minor son, by MELISSA TURNEY, as )<br>parent and legal guardian, )<br>)<br>     *Plaintiffs,* )<br>  vs. )<br>)<br>ARTHUR GLOVER, and WENGER )<br>TRUCK LINE, INC., a foreign corporation )<br>)<br>     *Defendants.* ) | C.A. No. 07-cv-00648-JJF |

**ENTRY OF APPEARANCE**

    Please enter the appearance of David P. Cline, Esquire, as co-counsel for Plaintiffs, Melissa Turney, Ross Turney, and Trevor Shively.

                        DAVID P. CLINE, P.A.

              BY:   /s/ David P. Cline
                        David P. Cline, Esquire (#2681)
                        715 King Street, Suite 100
                        P.O. Box 33
                        Wilmington, DE  19899-0033
                        302-529-7848
                        *Attorney for Plaintiffs*

Dated:   December 13, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, )<br>her husband and TREVOR SHIVELY, her )<br>minor son, by MELISSA TURNEY, as )<br>parent and legal guardian, )<br>)<br>*Plaintiffs,* )<br>vs. )<br>)<br>ARTHUR GLOVER, and WENGER )<br>TRUCK LINE, INC., a foreign corporation )<br>)<br>*Defendants.* ) | C.A. No.  07-cv-00648-JJF |

**CERTIFICATE OF SERVICE**

I, David P. Cline, Esquire, hereby certify that on this 13th day of December 13, 2007, two copies of the Entry of Appearance were sent via U.S. Mail and e-mail to defendants:

Wenger Truck Line, Inc.  
1011 Floral Lane  
Davenport, IA 58202

Steven Stirparo, Esquire  
3622 Silverside Road  
Wilmington, DE 19810

Arthur Glover  
2111 Van Wie Avenue  
Rockford, IL 61103

DAVID P. CLINE, P.A.

By:   /s/ David P. Cline  
David P. Cline, Esquire (#2681)  
715 King Street, Suite 100  
P.O. Box 33  
Wilmington, DE  19899-0033  
302-529-7848  
*Attorney for Plaintiffs*

Dated:   December 13, 2007