### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, )<br>her husband and TREVOR SHIVELY, her )<br>minor son, by MELISSA TURNEY, as )<br>parent and legal guardian, )<br>)<br>      *Plaintiffs,* )<br>  vs. )<br>)<br>ARTHUR GLOVER, and WENGER )<br>TRUCK LINE, INC., a foreign corporation )<br>)<br>      *Defendants.* ) | C.A. No.  07-cv-00648-JJF |

### **PRAECIPE**

TO:   Brandywine Process Servers
        2500 Delaware Avenue
        Wilmington, DE  19806


       PLEASE ISSUE SUMMONS and Complaint to the Sheriff of Kent County as follows:

       Please serve the Secretary of State for defendant, Arthur Glover, individually, in conformance with the Delaware statute for service of process under 10 Del.C. §3112.

The last known address of defendant, Arthur Glover, is:

       Arthur Glover
       2111 Van Wie Avenue
       Rockford, IL 61103

PLEASE ALSO ISSUE SUMMONS and Complaint for service on Defendant, Wenger Truck Line, Inc., as follows:

Please serve the Secretary of State for defendant, Wenger Truck Line, Inc., a foreign corporation, in conformance with the Delaware statute for process of service under 10 Del.C. §3112.  The last known address of defendant, Wenger Truck Line, Inc., is:

> Wenger Truck Line, Inc.
> 1011 Floral Lane
> Davenport, IA 58202

PLEASE ALSO ISSUE SUMMONS and Complaint and personally serve the defendant, Arthur Glover, individually, at the following address:

> Arthur Glover
> 2111 Van Wie Avenue
> Rockford, IL 61103

PLEASE ALSO ISSUE SUMMONS and Complaint for personal service of the Defendant, Wenger Truck Line, Inc., as follows:

> Wenger Truck Line, Inc.
> 1011 Floral Lane
> Davenport, IA 58202

                                    DAVID P. CLINE, P.A.

BY:   /s/ David P. Cline
        David P. Cline, Esquire (#2681)
        715 King Street, Suite 100
        P.O. Box 33
        Wilmington, DE  19899-0033
        302-529-7848

Dated:   December 13, 2007              *Attorney for Plaintiffs*