UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELISSA L. TURNEY,                    :
ROSS E. TURNEY, her husband           :
and T.S., her minor son, by Melissa   :
Turney as Parent and Legal Guardian,  :    Dist. Ct. No.   07-648 JJF
                                      :
          Plaintiffs,                 :
                                      :
v.                                    :
                                      :
ARTHUR GLOVER, and                    :
WENGER TRUCK LINE, INC.,              :
a Foreign Corporation                 :
                    Defendants.       :

## NOTICE OF DEPOSITION

TO:   David Cline, Esq.               Steven J. Stirparo, Esq.
      715 King Street, 1st Floor      3622 Silverside Road
      P.O. Box 33                     Wilmington, DE 19810
      Wilmington, DE 19899


        **PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of the

plaintiffs on February 11, 2008 at 10:00 a.m. in the law offices of Casarino, Christman & Shalk,

800 N. King Street, Suite 200, Wilmington, Delaware.

                                CASARINO, CHRISTMAN & SHALK

                                 /s/  Stephen  P.  Casarino
                                STEPHEN P. CASARINO, ESQUIRE
                                I.D. No. 174
                                800 North King Street, Suite 200
                                P.O. Box 1276
                                Wilmington, DE 19899
                                (302) 594-4500
                                Attorney for Defendants


Dated: January 3, 2008
cc:    Hawkins Reporting Service

## CERTIFICATION OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have served via CM/ECF at 800

North King Street, Suite 200, Wilmington, Delaware on this 4th day of January 2008, two

true and correct copies of the Notice of Deposition to:

David Cline, Esq.      Steven J. Stirparo, Esq.
715 King Street, 1st Floor     3622 Silverside Road
P.O. Box 33        Wilmington, DE 19810
Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK

 /s/  Stephen  P.  Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendants