## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MELISSA TURNEY, ROSS E. TURNEY, )
her husband and TREVOR SHIVELY, her )
minor son, by MELISSA TURNEY, as )
parent and legal guardian, )
                                 )
           *Plaintiffs,*       )
      vs.                      )
                                   )
ARTHUR GLOVER, and WENGER )
TRUCK LINE, INC., a foreign corporation )
                                 )
          *Defendants.*      )

C.A. No.  07-cv-00648-JJF

## NOTICE UNDER 10 DEL.C. §3112 UNDER DELAWARE LONG ARM STATUTE TO DEFENDANT, WENGER TRUCK LINE, INC.

TO:    Wenger Truck Line, Inc.
           1011 Floral Lane
           Davenport, IA 58202

PLEASE TAKE NOTICE that the original of the enclosed Complaint was filed upon the Secretary of State of Delaware pursuant to 10 Del. C. Section 3112.

Service on the Secretary pursuant to 10 Del. C. Section 3112 is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

/s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 North Market Street
Suite 700
Wilmington, DE 19801
302-529-7848
*Attorney for Plaintiffs*

Date:  01/09/08

Letter to Defendant, Wenger Truck
Line, Inc., for long arm service of
process as prescribed by 10 <u>Del.C.</u>
§3112

# David P. Cline

*davidcline@mylawman.com*

*Attorney-at-Law*

*Let Mylawman become Yourlawman.*™

**715 N. KING ST., 1ST FLOOR**
**PO BOX 33**
**WILMINGTON DE 19899-0033**
**302 529 - 7848**
**302 LAW-SUIT**

*LICENSED TO PRACTICE IN*
*DE MD NJ NY & PA*

FAX 302 654-0884

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

**PLEASE NOTE NEW ADDRESS ABOVE; P.O. BOX REMAINS SAME**

January 9, 2008

Wenger Truck Line, Inc.
1011 Floral Lane
Davenport, IA 58202

**VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL**

Re:    Melissa Turney, et al. vs. Arthur Glover, et al.
        Case No.:  07-cv-00648-JJF

To Whom It May Concern:

Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953. This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint. Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you. A copy of that answer must be served upon me.

Please turn this matter over to the auto insurance company that was in effect on the date of this accident. If you do not have insurance that will cover you for this accident please contact me at the above. Thank you.

**Very truly yours,**

/s/ David P. Cline
(signed electronically)

**David P. Cline**

Enclosure
DPC/AS/a

Return of Service from Brandywine Process Servers served on the Secretary of State for long arm service of process as prescribed by 10 <u>Del.C.</u> §3112

◇AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

Melissa L. Turney, Ross E. Turney, her husband and
Trevor Shively, her minor son, by Melissa Turney as
parent and Legal Guardian

V.

**SUMMONS IN A CIVIL CASE**

Arthur Glover and Wenger Truck Line, Inc., a foreign
corporation

CASE NUMBER: 07-cv-00648-JJF

TO: (Name and address of Defendant)

Wenger Truck Line, Inc.
1011 Floral Lane
Davenport, IA 58202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David P. Cline, Esquire
715 North King Street, Suite 100
P.O. Box 33
Wilmington, DE 19899-0033

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_E. Strickler_

(By) DEPUTY CLERK

12/13/07

DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>12/14/07 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☒  Other (specify):  SERVED: WENGER TRUCK LINE, INC C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG.  DOVER, DE  COPIES THEREOF WERE ACCEPTED BY KAREN CHARBENEAU

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/07       _____
                Date              *Signature of Server*
                            BRANDYWINE PROCESS SERVERS, LTD.
                            P.O. BOX 1360
                            WILMINGTON, DE 19899-1360
                            302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Original Complaint Filed on
October 18, 2007

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Melissa L. Turney, Ross E. Turney, her husband and Trevor Shively, her minor son, by Melissa Turney as Parent and Legal Guardian

## DEFENDANTS
Arthur Glover and Wenger Truck Line, Inc., A Foreign Corporation

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Steven J. Stirparo, Esq.
3622 Silverside Road, Wilm, DE 19810 302-479-9555

Attorneys (If Known) Steven P. Casarino, Esq. and Sarah C Brannan, Esq., 800 N. King Street, #200 Wilm, DE 19801  302-594-4500

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | | | Under Equal Access |
| | Employment | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | | | ☐ 950 Constitutionality of |
| | Other | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | |

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

(☒ 350 Motor Vehicle)

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1441
Brief description of cause:
Notice of Removal of personal injury action with diversity of citizenship

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____     DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD
DE Bar I.D. #4685

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELISSA L. TURNEY,                          :
ROSS E. TURNEY, her husband                 :
and TREVOR SHIVELY, her minor               :
son, by Melissa Turney as Parent            :        Dist. Ct. No._____
and Legal Guardian,                         :        CIVIL ACTION No.: 07C-08-035 JTV
                    Plaintiffs,             :
                                            :
                                            :
v.                                          :
                                            :        NOTICE OF REMOVAL
                                            :
ARTHUR GLOVER, and                          :
WENGER TRUCK LINE, INC.,                     :
a Foreign Corporation                       :
                    Defendants.             :

### NOTICE OF REMOVAL

Arthur Glover and Wenger Truck Line, Inc., defendants in the above entitled action,

respectfully state as follows:

1.    On August 22, 2007, a civil action was commenced against the defendants in the

Superior Court of the State of Delaware in and for Kent County entitled Melissa L. Turney, Ross

E. Turney, her husband and Trevor Shively, her minor son, by Melissa Turney as Parent and

Legal Guardian v. Arthur Glover, and Wenger Truck Line, Inc., a Foreign Corporation; Civil

Action No. 07C-08-035 JTV.  Plaintiff has certified that damages exceed $100,000 and,

therefore, filed the complaint as a non-arbitration case.   Copies of all pleadings and process filed

against defendants in this action are attached hereto.

2.    The aforementioned case is a personal injury action that arose from an alleged

August 25, 2005 motor vehicle accident.

3.    On September 27, 2007 Defendant Wenger Truck Line, Inc., received copies of

the summons, praecipe and complaint.

4.     Plaintiffs are allegedly residents of the State of Delaware who reside at 30 Vineyard Lane, Felton, Delaware 19943.

5.     At the time the action was commenced, Defendant Wegner Truck Lines, Inc., is a foreign corporation existing under the laws of the state of Iowa with its principal place of business located at 1011 Floral Lane, Davenport, Iowa 52802.

6.     At the time the action was commenced, Defendant Arthur Glover is a resident of the State of Illinois who resides at Van Wie Avenue, Rockford, Illinois 61103.

7.     This Court has original jurisdiction of this action on the basis of diversity of citizenship, under 28 U.S.C. §1332, and removal jurisdiction under 28 U.S.C. §1441(a).

8.     The petitioners will give written notice of the filing of this petition to the plaintiffs as required by 28 U.S.C. §1446(d).

9.     A copy of this notice will be filed with the Prothonotary for Kent County Superior Court as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants request that the action filed in Kent County Superior Court be removed to and proceed forward in the United States District Court for the District of Delaware.

CASARINO, CHRISTMAN & SHALK, P.A.

Stephen P. Casarino, Esq.
Del. Bar ID No. 174
Sarah C. Brannan, Esq.
Del. Bar ID No. 4685
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

Attorneys for Defendants

EFiled: Aug 22 2007 11:04 EDT
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                        )
ROSS E. TURNEY, her husband               )
and TREVOR SHIVELY, her minor             )
son, by Melissa Turney as                 )
Parent and Legal Guardian,                )
                                          )
              Plaintiffs,                 )      C.A. NO.: 07C-08-035 JTV
                                          )
        v.                                )
                                          )
ARTHUR GLOVER, and                        )      NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,                  )      JURY TRIAL DEMANDED
a Foreign Corporation,                    )
                                          )
              Defendants.                 )

## PRAECIPE

TO:   PROTHONOTARY
      KENT COUNTY COURTHOUSE
      DOVER, DE 19901

      **PLEASE DOCKET** the above-captioned case and issue summons to
the Sheriff of KENT County for service of the summons, together
with a copy of the Complaint, Form 30 Interrogatory Answers, and
Rule 3(a)(1) Response, as follows:

      1.   Upon the defendant Arthur Glover, a nonresident, by
delivering copies of the aforementioned documents to defendant's
agent for service of process, the Secretary of State of the
State of Delaware located at 401 Federal Street, Townsend
Building, Suite 3, Dover, DE 19901 pursuant to 10 Del.C. § 3112.
On information and belief, defendant Arthur Glover's address is
2111 Van Wie Avenue, Rockford, IL 61103.

      2.   Upon defendant Wenger Truck Line, Inc., a Foreign
Corporation, by delivering copies of the aforementioned
documents to defendant's agent for service of process, the
Secretary of State of the State of Delaware located at 401
Federal Street, Townsend Building, Suite 3, Dover, DE 19901
pursuant to 10 Del.C. § 3112. On information and belief,
defendant's principal place of business is located at 1011
Floral Lane, Davenport, IA 58202.

Sep 28 2007 1:16PM    HP LASERJET FAX

From: unknown    Page: 7/20    Date: 9/28/2007 10:27:57 AM

Enclosed please find checks for $35.00 payable to the Sheriff of KENT County and $12.00 payable to the Secretary of State for service of process. 4.00

/s/ Steven J. Stirparo
STEVEN J. STIRPARO
3622 Silverside Road
Wilmington, DE 19810
Bar No. 2293
302/479-9555
Attorney for Plaintiffs

DATED:    August 21, 2007

EFiled: Aug 22 2007 11:0
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,              )
ROSS E. TURNEY, her husband    )
and TREVOR SHIVELY, her minor  )
son, by Melissa Turney as      )
Parent and Legal Guardian,     )
                               )
        Plaintiffs,            )    C.A. NO.: 07C-08-035 JTV
                               )
    v.                         )
                               )
ARTHUR GLOVER, and             )    NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,       )    JURY TRIAL DEMANDED
a Foreign Corporation,         )
                               )
        Defendants.            )

## SUMMONS

THE STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant, so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon STEVEN J. STIRPARO, ESQUIRE, plaintiff's attorney, whose address is 3622 Silverside Road, Wilmington, Delaware 19810, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).
Dated:

                    SHARON D. AGNEW
                    Prothonotary

                    Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                    SHARON D. AGNEW
                    Prothonotary

                    Per Deputy

EFiled: Aug 22 2007 11:04
Transaction ID 16053691
Case No. 07C-08-035 JTV

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                    )
ROSS E. TURNEY, her husband           )
and TREVOR SHIVELY, her minor         )
son, by Melissa Turney as             )
Parent and Legal Guardian,            )
                                      )
            Plaintiffs,               )       C.A. NO.: 07C-08-035 JTV
      v.                              )
                                      )
ARTHUR GLOVER, and                    )       NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,              )       JURY TRIAL DEMANDED
a Foreign Corporation,                )
                                      )
            Defendants.               )

#### SUMMONS

THE STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY:
YOU ARE COMMANDED:

   To summon the above named defendant, so that, within 20 days
after service hereof upon defendant, exclusive of the day of service,
defendant shall serve upon STEVEN J. STIRPARO, ESQUIRE, plaintiff's
attorney, whose address is 3622 Silverside Road, Wilmington, Delaware
19810, an answer to the complaint (and, if an affidavit of demand has
been filed, an affidavit of defense).

   To serve upon defendant a copy hereof and of the complaint (and
of the affidavit of demand if any has been filed by plaintiffs).
Dated:

                              SHARON D. AGNEW
                              Prothonotary

                              Per Deputy

TO THE ABOVE NAMED DEFENDANT:

   In case of your failure, within 20 days after service hereof upon
you, exclusive of the day of service, to serve on plaintiff's attorney
named above an answer to the complaint (and, if an affidavit of demand
has been filed, an affidavit of defense), judgment by default will be
rendered against you for the relief demanded in the complaint (or in
the affidavit of demand, if any).

                              SHARON D. AGNEW
                              Prothonotary

                              Per Deputy

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

| | | |
|---|---|---|
| MELISSA L. TURNEY,<br>ROSS E. TURNEY, her husband<br>and TREVOR SHIVELY, her minor<br>son, by Melissa Turney as<br>Parent and Legal Guardian, | )<br>)<br>)<br>)<br>) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO.: 07C-08-035 JTV |
| v. | )<br>) | |
| ARTHUR GLOVER, and<br>WENGER TRUCK LINE, INC.,<br>a Foreign Corporation, | )<br>)<br>) | NON-ARBITRATION CASE<br>JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE**

TO:  Wenger Truck Line, Inc.          BY:  REGISTERED MAIL
     1011 Floral Lane                      RETURN RECEIPT REQUESTED
     Davenport, IA 58202

PLEASE TAKE NOTICE that the originals of the enclosed Complaint and Summons, Form 30 Interrogatory Answers, and Production Response, were served upon the Secretary of State for the State of Delaware, on the 31st day of August, A.D. 2007, pursuant to 10 Del.C. §3112.

Service upon the Secretary of State pursuant to 10 Del.C. §3112 is as effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

STEVEN J. SHEPPARD
3622 Silverside Road
Wilmington, DE 19810
Bar No. 2293
302/479-9555
Attorney for Plaintiffs

DATE:  September 18, 2007

EFiled: Aug 22 2007 11:04...
Transaction ID 16053691
Case No. 07C-08-035 JTV

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:    N   K   S                CIVIL ACTION NUMBER: _07C-08-035 JTV_
CIVIL CASE CODE: *CPIA*             CIVIL CASE TYPE: *Personal Injury Auto*
                                    (SEE REVERSE SIDE FOR CODE AND TYPE)

| CAPTION:<br>MELISSA L. TURNEY,<br>ROSS E. TURNEY, her husband,<br>and TREVOR SHIVELY, her minor son,<br>by Melissa L. Turney as Parent and/or Legal<br>Guardian,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR GLOVER, and<br>WENGER TRUCK LINE, INC.,<br>A Foreign Corporation,<br><br>Defendants. | NAME AND STATUS OF PARTY FILING DOCUMENT:<br>**See Caption, Plaintiffs**<br><br>DOCUMENT TYPE: (E.G., COMPLAINT; ANSWER WITH COUNTERCLAIM)<br>**Complaint**<br><br>Non-Arbitration __X__        B-FILE __X__<br><br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration _X_  Mediation___  Neutral Assessment___<br>JURY DEMAND __X__ YES ___ NO<br>TRACK ASSIGNMENT REQUESTED: (CIRCLE ONE)<br>EXPEDITED    STANDARD    COMPLEX |
| ATTORNEY NAME(S):<br>Steven J. Stirparo<br><br>FIRM NAME:<br>Steven J. Stirparo Attorney at Law<br><br>ADDRESS:<br>Steven J. Stirparo Attorney at Law<br><br>3622 Silverside Road<br><br>Wilmington, Delaware 19810<br><br>TELEPHONE NUMBER: 302-479-9555<br><br>FAX NUMBER: 302-427-9559<br><br>E-MAIL ADDRESS: | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING<br>**JUDGE'S INITIALS**<br><br>_____<br>_____<br>_____<br>EXPLAIN THE RELATIONSHIP(S): _____<br>_____<br>_____<br>_____<br>_____<br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br>_____<br>_____<br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES). |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE
PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS
FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE
MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR
FIRST RESPONSIVE PLEADING BEING STRICKEN.

EFiled: Aug 22 2007 11:0[  ]
Transaction ID 16053691
Case No. 07C-08-035 JTV

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                          )
ROSS E. TURNEY, her husband                 )
and TREVOR SHIVELY, her minor               )
son, by Melissa Turney as                   )
Parent and Legal Guardian,                  )
                                            )
                Plaintiffs,                 )    C.A. NO.: 07C-08-035 JTV
                                            )
        v.                                  )
                                            )
ARTHUR GLOVER, and                          )    NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,                     )    JURY TRIAL DEMANDED
a Foreign Corporation,                      )
                                            )
                Defendants.                 )

### COMPLAINT

1.   Plaintiffs are individual residents of the State of Delaware residing at 30 Vineyard Lane, Felton, Delaware 19943.

2.   Upon information and belief, defendant Arthur Glover is an individual resident of the State of Iowa residing at 2111 Van Wie Avenue, Rockford, Illinois 61103.

3.   Upon information and belief, defendant Wenger Truck Lines, Inc. is a foreign corporation with its principal place of business located at 1011 Floral Lane, Davenport, Iowa 52802.

4.   At all times pertinent hereto, defendant Arthur Glover was acting within the course and scope of his employment with defendant Wenger Truck Lines, Inc.  Therefore, defendant Wenger Truck Line, Inc. is responsible for the reckless, wanton and/or negligent actions and/or inactions of defendant Arthur

## COUNT I

5.    On August 25, 2005 at approximately 12:33 p.m., plaintiff Melissa L. Turney was operating a vehicle owned by plaintiff Ross E. Turney, travelling in a southerly direction on Dupont Highway, in New Castle County, and stopped at a red light.

6.    At the same time, a 2001 International Freightliner being operated by defendant Arthur Glover and owned by defendant Wenger Truck Line, Inc., was also travelling in a southerly direction on Dupont Highway.

7.    Suddenly and without warning, the vehicle operated by defendant Arthur Glover and owned by defendant Wenger Truck Line, Inc. struck the rear of the vehicle that was operated by plaintiff Melissa L. Turney.

8.    Immediately following impact, plaintiff Melissa L. Turney put her vehicle in park, turned on her hazard lights and called 911 to notify the police.

9.    At or about the same time, the traffic light turned green and the vehicle operated by defendant Arthur Glover and owned by defendant Wenger Truck Line, Inc. again struck the rear of the vehicle being operated by plaintiff Melissa Turney and pushed plaintiff's vehicle forward a distance even though plaintiff's vehicle was in park at the time.

10.    The aforesaid collision and plaintiff Melissa L. Turney's resulting injuries and damages were proximately caused by the recklessness, wantonness and/or negligence of defendant Arthur Glover in that he:

From: unknown    Page: 12/20    Date: 9/28/2007 10:27:59 AM

a.   Operated his vehicle on a highway at a speed greater than was reasonable and prudent under the conditions and without having regard to the actual and potential hazards then existing, in violation of 21 Del. C. § 4168(b);

b.   Operated his vehicle in a wanton and/or reckless disregard for the safety of persons or property, in violation of 21 Del. C. § 4175(a);

c.   Operated his vehicle in such a manner as to cause wanton or reckless damage to or destruction of property owned by another person, party, company or corporation, in violation of 21 Del. C. § 4172(a);

d.   Operated his vehicle in such a manner as to cause wanton or reckless damage to or destruction of property owned by another person, party, company or corporation, or so as to cause or threaten to cause injury or death to any person, in violation of 21 Del. C. § 4172(b);

e.   failed to maintain a proper lookout while operating the vehicle he was driving, in violation of 21 Del. C. § 4176(b);

f.   failed to give full time and attention to the operation of the vehicle he was driving, in violation of 21 Del. C. § 4176(b);

g.   operated the vehicle he was driving in a careless and imprudent manner, without due regard for traffic conditions then existing, in violation of 21 Del. C. § 4176(a);

h.   failed to exercise and maintain proper control

over the vehicle he was driving;

      i.   failed to give full time and attention to the operation of his motor vehicle in violation of 21 Del.C. §4176(b); and

      j.   violated the common-law duty of lookout.

11.  As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Melissa L. Turney suffered severe bodily injuries including, but not limited to, injuries to her head, neck, back and right leg. Some or all of her injuries have continued since the collision and are permanent in nature.

12.  As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Melissa L. Turney has incurred and will continue to incur in the future, medical and related expenses for her care and treatment.

13.  As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Melissa L. Turney has incurred in the past and will incur in the future, pain, suffering, discomfort and mental anguish.

14.  As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Melissa L. Turney has sustained in the past and may sustain in the future a loss of earnings and/or earning capacity.

15. As a further direct and proximate result of the recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Ross E. Turney suffered the loss of consortium and companionship of his wife, Melissa L. Turney, as a result of her injuries.

## COUNT II

16. Plaintiff hereby incorporates paragraphs 1 through 15 as if fully set forth herein.

17. As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Trevor Shively suffered bodily injuries and emotional distress. Some or all of his injuries have continued since the collision and are permanent in nature.

18. As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Trevor Shively has incurred in the past and will incur in the future, pain, suffering, discomfort and mental anguish.

WHEREFORE, plaintiffs demand judgment against defendants, jointly and severally, for their special and general damages, including pain and suffering, punitive damages, attorney fees, pre and post judgment interest, the costs of this action and other such relief as the Court finds just.

/s/ Steven J. Stirparo
STEVEN J. STIRPARO
3622 Silverside Road
Wilmington, DE 19810
Bar No. 2293
302/479-9555
Attorney for Plaintiffs

DATED:   August 21, 2007

EFiled: Aug 22 2007 11:0
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                    )
ROSS E. TURNEY, her husband          )
and TREVOR SHIVELY, her minor        )
son, by Melissa Turney as            )
Parent and Legal Guardian,           )
                                     )
          Plaintiffs,                )    C.A. NO.: 07C-08-035 JTV
     v.                              )
                                     )
ARTHUR GLOVER, and                   )    NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,             )    JURY TRIAL DEMANDED
a Foreign Corporation,               )
                                     )
          Defendants.                )

## CERTIFICATION OF VALUE

I, Steven J. Stirparo, Esquire, attorney for plaintiffs, hereby certify in good faith at this time in my opinion that the sum of damages of plaintiffs is in excess of $100,000.00, exclusive of costs and interest.

                              /s/ Steven J. Stirparo
                              STEVEN J. STIRPARO
                              3622 Silverside Road
                              Wilmington, DE 19810
                              Bar No. 2293
                              (302) 479-9555
                              Attorney for Plaintiffs

Dated:  August 21, 2007



EFiled: Aug 22 2007 11:04
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                    )
ROSS E. TURNEY, her husband          )
and TREVOR SHIVELY, her minor        )
son, by Melissa Turney as            )
Parent and Legal Guardian,           )
                                     )
            Plaintiffs,              )       C.A. NO.: 07C-08-035 JTV
                                     )
    v.                               )
                                     )
ARTHUR GLOVER, and                   )       NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,             )       JURY TRIAL DEMANDED
a Foreign Corporation,               )
                                     )
            Defendants.              )

## PLAINTIFFS' FORM 30 INTERROGATORY ANSWERS

1.   Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident which is the subject of the litigation.

ANSWER.   Plaintiffs Melissa L. Turney and Trevor Shively, 30 Vineyard Lane, Felton, Delaware 19943, 302-284-0274; and defendant Arthur Glover, 2111 Van Wie Avenue, Rockford, IL 61103.

2.   Give the name and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

ANSWER.   In addition to the parties listed in the answer above, other persons with knowledge of the facts include; their counsel; representatives of Wenger Truck Line Inc., plaintiff's family, friends, physicians, attorneys, the investigating officer and 911 telephone operator.

3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the persons who have original and copies of the interview.

**ANSWER. None to plaintiffs' present recollection.**

4. Identify all photographs, diagrams or other representations made in connection with the matter in litigation, giving the names and present or last known residential and employment addresses and telephone number of the person having the original and copies thereof.

**ANSWER. See police report. In further response, plaintiffs' counsel is in possession of photographs of the accident scene and property damage, and copy of the 911 tape.**

5. Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type, the experts whom the party expects to retain in connection with the litigation.

**ANSWER. Objection, beyond the scope of Rule 26. Without waiving the objection, plaintiffs expect to retain the appropriate medical, liability, vocational, and economic experts, if necessary.**

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to litigation, including:

    a.    The name and address of all companies insuring the risk;

    b.    The policy numbers;

    c.    The type of insurance;

    d.    The amounts of primary, secondary and excess coverage.

coverage.

**ANSWER:**

A.  PIP

    a.  State Farm Insurance Company

    b.  08-5142-796

    c.  Bodily injury

    d.  $100,000.00 per person/$300,000.00 per accident

B.  BI

    a.  National Interstate Insurance

    b.  19471

    c.  Liability

    d.  unknown.

7.  Give the name, professional address and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten-year period immediately prior to the date of the incident at issue in this litigation.

**ANSWER:**  To be provided upon entry of appearance by counsel for defendants.

/s/ Steven J. Stirparo
STEVEN J. STIRPARO
3622 Silverside Road
Wilmington, DE 19810
Bar No. 2293
302/479-9555
Attorney for Plaintiffs

DATED:  August 21, 2007

EFiled: Aug 22 2007 11:04...
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,              )
ROSS E. TURNEY, her husband    )
and TREVOR SHIVELY, her minor  )
son, by Melissa Turney as      )
Parent and Legal Guardian,     )
                               )
            Plaintiffs,        )    C.A. NO.: 07C-08-035 JTV
                               )
      v.                       )
                               )
ARTHUR GLOVER, and             )    NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,       )    JURY TRIAL DEMANDED
a Foreign Corporation,         )
                               )
            Defendants.        )

### PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION PURSUANT TO RULE 3(A)(1)(i)

1.  Photocopies of existing documentary evidence relating to special damages.

**RESPONSE: To the extent that plaintiff seeks to recover for special damages, photocopies of pertinent documents will be provided to the defendants upon request after an answer is filed in this litigation.**

2.  In any case in which lost wages or salary is claimed, photocopies of pertinent portions of income tax returns of the plaintiffs for the past three years.

**RESPONSE: To the extent that plaintiff seeks to recover for past lost wages or salary, photocopies of pertinent portions of their income tax returns for the past three (3) years will be provided to the defendants upon request after an answer is filed in this litigation.**

                        /s/ Steven J. Stirparo
                        STEVEN J. STIRPARO
                        3622 Silverside Road
                        Wilmington, DE 19810
                        Bar No. 2293
                        302/479-9555
DATED:  August 21, 2007  Attorney for Plaintiffs



# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS, COMPLAINT, FORM 30 INTERROGATORY ANSWERS, RULES(a)(1) RESPONSE

this day, Friday, August 31, 2007, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

ARTHUR GLOVER AND WENGER TRUCK LINE, INC.

and a copy of the Complaint for the said defendant, together with the sum of $4.00 Dollars, as prescribed by Section 3112 of Title 10 of the Delaware Code of 1976.

So Answers,

Jim Higdon
Sheriff of Kent County

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELISSA L. TURNEY,                    :    District Court No._____
ROSS E. TURNEY, her husband           :
and TREVOR SHIVELY, her minor         :
son, by Melissa Turney as Parent      :    CIVIL ACTION No.: 07C-08-035 JTV
and Legal Guardian,                   :
                    Plaintiffs,       :    NOTICE OF REMOVAL
                                      :
                                      :
v.                                    :
                                      :
ARTHUR GLOVER, and                    :
WENGER TRUCK LINE, INC.,              :
a Foreign Corporation                 :
                    Defendants.       :

<u>CERTIFICATE OF SERVICE</u>

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be served via first class

mail/hand delivery at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 16th day of

October 2007, a true and correct copy of the attached Notice of Removal to:

Steven J. Stirparo, Esquire
3622 Silverside Road
Wilmington, DE 19810

CASARINO, CHRISTMAN & SHALK, P.A.

STEPHEN P. CASARINO, ESQ. #174
SARAH C. BRANNAN, ESQ. #4685
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorneys for the Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

MELISSA TURNEY, ROSS E. TURNEY, )  C.A. No.  07-cv-00648-JJF
her husband and TREVOR SHIVELY, her )
minor son, by MELISSA TURNEY, as )
parent and legal guardian, )
 )
   *Plaintiffs,* )
  vs. )
 )
ARTHUR GLOVER, and WENGER )
TRUCK LINE, INC., a foreign corporation )
 )
   *Defendants.* )

### NOTICE OF SERVICE

  I, David P. Cline, Esquire, hereby certify that on this 9th day of January, 2008 copies of the **NOTICE UNDER 10 DEL.C. §3112 UNDER DELAWARE LONG ARM STATUTE TO DEFENDANT, WENGER TRUCK LINE, INC.** were filed electronically with the U.S. District Court and sent by registered and regular mail to:

Wenger Truck Line, Inc.     Sarah Brannan, Esquire
(via registered and regular mail)  (via regular mail)
1011 Floral Lane      Casarino, Christman, & Shalk
Davenport, IA 58202     800 North King Street, Suite 200
            P.O. Box 1276
            Wilmington, DE 19899-1276

        DAVID P. CLINE, P.A.


    BY: /s/ David P. Cline
       DAVID P. CLINE, ESQUIRE (#2681)
       1300 Market Street, Suite 700
       P.O. Box 1970
       Wilmington, DE  19899-1970
       (302) 529-7848
Dated:  01/09/08    *Attorney for Plaintiffs*