# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MELISSA TURNEY, ROSS E. TURNEY, )
her husband and TREVOR SHIVELY, her )
minor son, by MELISSA TURNEY, as )
parent and legal guardian, )
                                       )
          *Plaintiffs,* )
    vs. )
                                         )
ARTHUR GLOVER, and WENGER )
TRUCK LINE, INC., a foreign corporation )
                                         )
          *Defendants.* )

C.A. No.  07-cv-00648-JJF

## **AFFIDAVIT**

STATE OF DELAWARE              :
                                 : SS
NEW CASTLE COUNTY        :

BE IT REMEMBERED, that on this 23rd day of January, A.D., 2008 personally came

before me, the subscriber, a Notary Public for the State of Delaware, David P. Cline, Esquire,

who being by me duly sworn according to law, deposes and says:

1.  That he is the attorney for the above named plaintiffs.

2.  To the best of my information and ~~belief, on January 9~~, 2008, a notice was sent to

    defendant, ARTHUR GLOVER, by registered mail consisting of a copy of the process

    and complaint served upon the Secretary of State, and a statement that service of the

    original of such process has been made upon the Secretary of State and that such service

    is as effectual as if it had been made upon such nonresident personally within this state.

3.  Attached as Exhibit "A" are the receipts given by the United States Post Office to me on

    January 9, 2008, the date of mailing of the notice to defendant.

4. Attached as Exhibit "B" is the original, signed green card returned by the United States Post Office on January 23, 2008.

5. The notice to defendant, ARTHUR GLOVER, as required by 10 <u>Del. C.</u> § 3112 was contained in the envelope at the time it was mailed.

6. Attached as Exhibit "C" is a copy of the notice which was sent to defendant, ARTHUR GLOVER, along with process and complaint.

7. Attached as Exhibit "D" is a copy of the letter that was sent along with the Notice.

DAVID P. CLINE

SWORN to and SUBSCRIBED on this 23rd day of January, 2008.

NOTARY PUBLIC

**Angela M. Spinella**
**Notary Public - State of Delaware**
**My Comm. Expires Aug. 1, 2009**

Exhibit

A

```
              RODNEY SQUARE STATION
              WILMINGTON, Delaware
                   198019998
                3379300501 -0094
 01/09/2008     (800)275-8777     03:44:17 PM

 ─────────────  Sales Receipt  ─────────────
 Product              Sale  Unit        Final
 Description          Qty   Price       Price

 GRAND FORKS ND 58202                    $2.50
 Zone-6 First-Class
 Large Env
 11.00 oz.
  Return Rcpt (Green Card)               $2.15
  Registered                             $9.50
  Insured Value :         $0.00
  Article Value :         $0.00
  Label #:        RB295671993US
                                      ========
  Issue PVI:                            $14.15

 ROCKFORD IL 61103                       $2.67
 Zone-5 First-Class
 Large Env
 11.10 oz.
  Return Rcpt (Green Card)               $2.15
  Registered                             $9.50
  Insured Value :         $0.00
  Article Value :         $0.00
  Label #:        RB295672000US
                                      ========
  Issue PVI:                            $14.32

                                      ========
 Total:                                 $28.47

 Paid by:
 Personal Check                         $28.47

 Order stamps at USPS.com/shop or call
 1-800-Stamp24.  Go to USPS.com/clicknship
 to print shipping labels with postage.
 For other information call 1-800-ASK-USPS.

 Bill#: 1000602574997
 Clerk: 11

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
       Thank you for your business.
 *******************************************
 *******************************************
      HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

       YOUR OPINION COUNTS
 *******************************************
 *******************************************


            Customer Copy
```

**Registered No.** RB295672000US

**Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee | $9.50 | | 0501 |
| Handling Charge | $0.00 | Return Receipt | $2.15 |
| Postage | $2.67 | Restricted Delivery | $0.00 |
| Received by | | | 01/09/08 |

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
Darrell P. Cline, Esg.
P.O. Box 33
Wilmington, DE 19899-0033

TO
Arthur Glover
2?? Van Wie Ave
Rockford, IL 61103

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Claudell Gill_    ☐ Agent    ☑ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☑ No

1. Article Addressed to:

Arthur Glover
2111 Van Wie Ave
Rockford, IL 61103

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RB 295 672 000 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540





## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MELISSA TURNEY, ROSS E. TURNEY, )
her husband and TREVOR SHIVELY, her )
minor son, by MELISSA TURNEY, as )
parent and legal guardian, )
                          )

        *Plaintiffs,* )
     vs. )
                          )

ARTHUR GLOVER, and WENGER )
TRUCK LINE, INC., a foreign corporation )
                          )
        *Defendants.* )

C.A. No. 07-cv-00648-JJF

## NOTICE UNDER 10 DEL.C. §3112 UNDER DELAWARE LONG ARM STATUTE TO DEFENDANT, ARTHUR GLOVER

TO:    Arthur Glover
        2111 Van Wie Avenue
        Rockford, IL 61103

    PLEASE TAKE NOTICE that the original of the enclosed Complaint was filed upon the Secretary of State of Delaware pursuant to 10 Del. C. Section 3112.

    Service on the Secretary pursuant to 10 Del. C. Section 3112 is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

                              /s/ David P. Cline
                              David P. Cline, Esq. (#2681)
                              1300 North Market Street
                              Suite 700
                              Wilmington, DE 19801
                              302-529-7848
                              *Attorney for Plaintiffs*

Date:  01/09/08

Letter to Defendant, Arthur Glover, for long arm service of process as prescribed by 10 <u>Del.C.</u> §3112

# David P. Cline

*davidcline@mylawman.com*                *Attorney-at-Law*                *Let Mylawman become Yourlawman.*™

*LICENSED TO PRACTICE IN*
*DE MD NJ NY & PA*

FAX 302 654-0884

715 N. KING ST., 1ST FLOOR
PO BOX 33
WILMINGTON DE 19899-0033
302  529 - 7848
302 LAW-SUIT

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

**PLEASE NOTE NEW ADDRESS ABOVE; P.O. BOX REMAINS SAME**

January 9, 2008

Arthur Glover
2111 Van Wie Avenue
Rockford, IL 61103

**VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL**

Re:    Melissa Turney, et al. vs. Arthur Glover, et al.
       Case No.:  07-cv-00648-JJF

Dear Mr. Glover:

Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953. This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint. Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you. A copy of that answer must be served upon me.

Please turn this matter over to the auto insurance company that was in effect on the date of this accident. If you do not have insurance that will cover you for this accident please contact me at the above. Thank you.

**Very truly yours,**

*/s/ David P. Cline*
*(signed electronically)*

**David P. Cline**

Enclosure
DPC/AS/a

Return of Service from Brandywine
Process Servers served on the
Secretary of State for long arm
service of process as prescribed by 10
<u>Del.C.</u> §3112

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Melissa L. Turney, Ross E. Turney, her husband and
Trevor Shively, her minor son, by Melissa Turney as
parent and Legal Guardian
                                    V.

### SUMMONS IN A CIVIL CASE

Arthur Glover and Wenger Truck Line, Inc., a foreign
corporation

CASE NUMBER: 07-cv-00648-JJF

TO: (Name and address of Defendant)

Arthur Glover
2111 Van Wie Avenue
Rockford, IL 61103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David P. Cline, Esquire
715 North King Street, Suite 100
P.O. Box 33
Wilmington, DE 19899-0033

an answer to the complaint which is served on you with this summons, within ____Twenty (20)____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          12/13/07
_____          _____
CLERK                                    DATE

_E. Shuckler_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 12/14/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED: ARTHUR GLOVER C/O THE DELAWARE SECRETARY OF STATE  TOWNSEND BLDG. DOVER, DE  COPIES THEREOF WERE ACCEPTED BY KAREN CHARBENEAU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/14/07
_____   _____
              Date          Signature of Server

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Original Complaint Filed on October 18, 2007

# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Melissa L. Turney, Ross E. Turney, her husband and Trevor Shively, her minor son, by Melissa Turney as Parent and Legal Guardian

### DEFENDANTS
Arthur Glover and Wenger Truck Line, Inc., A Foreign Corporation

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Steven J. Stirparo, Esq.
3622 Silverside Road, Wilm, DE 19810 302-479-9555

Attorneys (If Known) Steven P. Casarino, Esq. and Sarah C Brannan, Esq., 800 N. King Street, #200 Wilm, DE 19801 302-594-4500

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **PERSONAL INJURY** | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 362 Personal Injury - Med. Malpractice | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury - Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability |  | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | **PERSONAL PROPERTY** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 380 Other Personal Property Damage |  |  | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability |  |  |  |
| ☐ 441 Voting | **PRISONER PETITIONS** |  |  |  |
| ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence Habeas Corpus: |  |  |  |
| ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  |  |
| ☐ 444 Welfare | ☐ 535 Death Penalty |  |  |  |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |  |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  |  |
| ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1441
Brief description of cause:
Notice of Removal of personal injury action with diversity of citizenship

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
DE Bar I.D. #4685

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELISSA L. TURNEY,                          :
ROSS E. TURNEY, her husband                 :
and TREVOR SHIVELY, her minor               :
son, by Melissa Turney as Parent            :        Dist. Ct. No._____
and Legal Guardian,                         :        CIVIL ACTION No.: 07C-08-035 JTV
                        Plaintiffs,          :
                                             :
                                             :
v.                                           :        NOTICE OF REMOVAL
                                             :
ARTHUR GLOVER, and                          :
WENGER TRUCK LINE, INC.,                     :
a Foreign Corporation                        :
                        Defendants.          :

## NOTICE OF REMOVAL

Arthur Glover and Wenger Truck Line, Inc., defendants in the above entitled action,

respectfully state as follows:

1.      On August 22, 2007, a civil action was commenced against the defendants in the

Superior Court of the State of Delaware in and for Kent County entitled Melissa L. Turney, Ross

E. Turney, her husband and Trevor Shively, her minor son, by Melissa Turney as Parent and

Legal Guardian v. Arthur Glover, and Wenger Truck Line, Inc., a Foreign Corporation; Civil

Action No. 07C-08-035 JTV.  Plaintiff has certified that damages exceed $100,000 and,

therefore, filed the complaint as a non-arbitration case.   Copies of all pleadings and process filed

against defendants in this action are attached hereto.

2.      The aforementioned case is a personal injury action that arose from an alleged

August 25, 2005 motor vehicle accident.

3.      On September 27, 2007 Defendant Wenger Truck Line, Inc., received copies of

the summons, praecipe and complaint.

4.    Plaintiffs are allegedly residents of the State of Delaware who reside at 30 Vineyard Lane, Felton, Delaware 19943.

5.    At the time the action was commenced, Defendant Wegner Truck Lines, Inc., is a foreign corporation existing under the laws of the state of Iowa with its principal place of business located at 1011 Floral Lane, Davenport, Iowa 52802.

6.    At the time the action was commenced, Defendant Arthur Glover is a resident of the State of Illinois who resides at Van Wie Avenue, Rockford, Illinois 61103.

7.    This Court has original jurisdiction of this action on the basis of diversity of citizenship, under 28 U.S.C. §1332, and removal jurisdiction under 28 U.S.C. §1441(a).

8.    The petitioners will give written notice of the filing of this petition to the plaintiffs as required by 28 U.S.C. §1446(d).

9.    A copy of this notice will be filed with the Prothonotary for Kent County Superior Court as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants request that the action filed in Kent County Superior Court be removed to and proceed forward in the United States District Court for the District of Delaware.

CASARINO, CHRISTMAN & SHALK, P.A.

Stephen P. Casarino, Esq.
Del. Bar ID No. 174
Sarah C. Brannan, Esq.
Del. Bar ID No. 4685
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

Attorneys for Defendants

EFiled: Aug 22 2007 11:0
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                    )
ROSS E. TURNEY, her husband          )
and TREVOR SHIVELY, her minor        )
son, by Melissa Turney as            )
Parent and Legal Guardian,           )
                                     )
            Plaintiffs,              )    C.A. NO.: 07C-08-035 JTV
                                     )
        v.                           )
                                     )
ARTHUR GLOVER, and                   )    NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,             )    JURY TRIAL DEMANDED
a Foreign Corporation,               )
                                     )
            Defendants.              )

**PRAECIPE**

TO:   PROTHONOTARY
      KENT COUNTY COURTHOUSE
      DOVER, DE 19901

      **PLEASE DOCKET** the above-captioned case and issue summons to
the Sheriff of KENT County for service of the summons, together
with a copy of the Complaint, Form 30 Interrogatory Answers, and
Rule 3(a)(1) Response, as follows:

      1.   Upon the defendant Arthur Glover, a nonresident, by
delivering copies of the aforementioned documents to defendant's
agent for service of process, the Secretary of State of the
State of Delaware located at 401 Federal Street, Townsend
Building, Suite 3, Dover, DE 19901 pursuant to 10 Del.C. § 3112.
On information and belief, defendant Arthur Glover's address is
2111 Van Wie Avenue, Rockford, IL 61103.

      2.   Upon defendant Wenger Truck Line, Inc., a Foreign
Corporation, by delivering copies of the aforementioned
documents to defendant's agent for service of process, the
Secretary of State of the State of Delaware located at 401
Federal Street, Townsend Building, Suite 3, Dover, DE 19901
pursuant to 10 Del.C. § 3112. On information and belief,
defendant's principal place of business is located at 1011
Floral Lane, Davenport, IA 58202.

From: unknown   Page: 7/20   Date: 9/28/2007 10:27:57 AM

Enclosed please find checks for $35.00 payable to the Sheriff of KENT County and $12.00 payable to the Secretary of State for service of process. 4.00

/s/ Steven J. Stirparo
STEVEN J. STIRPARO
3622 Silverside Road
Wilmington, DE 19810
Bar No. 2293
302/479-9555
Attorney for Plaintiffs

DATED:   August 21, 2007

EFiled: Aug 22 2007 11:0...
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

| | |
|---|---|
| MELISSA L. TURNEY,<br>ROSS E. TURNEY, her husband<br>and TREVOR SHIVELY, her minor<br>son, by Melissa Turney as<br>Parent and Legal Guardian,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARTHUR GLOVER, and<br>WENGER TRUCK LINE, INC.,<br>a Foreign Corporation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. NO.: 07C-08-035 JTV

NON-ARBITRATION CASE
JURY TRIAL DEMANDED

## SUMMONS

THE STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant, so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon STEVEN J. STIRPARO, ESQUIRE, plaintiff's attorney, whose address is 3622 Silverside Road, Wilmington, Delaware 19810, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).
Dated:

        SHARON D. AGNEW
        Prothonotary

        Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

        SHARON D. AGNEW
        Prothonotary

        Per Deputy

EFiled: Aug 22 2007 11:0_ EDT
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                          )
ROSS E. TURNEY, her husband                 )
and TREVOR SHIVELY, her minor               )
son, by Melissa Turney as                   )
Parent and Legal Guardian,                  )
                                            )
          Plaintiffs,                       )    C.A. NO.: 07C-08-035 JTV
     v.                                     )
                                            )
ARTHUR GLOVER, and                          )    NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,                     )    JURY TRIAL DEMANDED
a Foreign Corporation,                      )
                                            )
          Defendants.                       )

### SUMMONS

THE STATE OF DELAWARE,
TO THE SHERIFF OF KENT COUNTY:
YOU ARE COMMANDED:

   To summon the above named defendant, so that, within 20 days
after service hereof upon defendant, exclusive of the day of service,
defendant shall serve upon STEVEN J. STIRPARO, ESQUIRE, plaintiff's
attorney, whose address is 3622 Silverside Road, Wilmington, Delaware
19810, an answer to the complaint (and, if an affidavit of demand has
been filed, an affidavit of defense).

   To serve upon defendant a copy hereof and of the complaint (and
of the affidavit of demand if any has been filed by plaintiffs).
Dated:

                         SHARON D. AGNEW
                         Prothonotary

                         Per Deputy

TO THE ABOVE NAMED DEFENDANT:

   In case of your failure, within 20 days after service hereof upon
you, exclusive of the day of service, to serve on plaintiff's attorney
named above an answer to the complaint (and, if an affidavit of demand
has been filed, an affidavit of defense), judgment by default will be
rendered against you for the relief demanded in the complaint (or in
the affidavit of demand, if any).

                         SHARON D. AGNEW
                         Prothonotary

                         Per Deputy

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                    )
ROSS E. TURNEY, her husband           )
and TREVOR SHIVELY, her minor         )
son, by Melissa Turney as             )
Parent and Legal Guardian,            )
                                      )
            Plaintiffs,               )    C.A. NO.: 07C-08-035 JTV
                                      )
        v.                            )
                                      )
ARTHUR GLOVER, and                    )    NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,              )    JURY TRIAL DEMANDED
a Foreign Corporation,                )
                                      )
            Defendants.               )

**NOTICE**

TO:  Wenger Truck Line, Inc.        BY:  REGISTERED MAIL
     1011 Floral Lane                    RETURN RECEIPT REQUESTED
     Davenport, IA 58202

PLEASE TAKE NOTICE that the originals of the enclosed

Complaint and Summons, Form 30 Interrogatory Answers, and

Production Response, were served upon the Secretary of State for

the State of Delaware, on the 31st day of August, A.D. 2007,

pursuant to 10 Del.C. §3112.

Service upon the Secretary of State pursuant to 10 Del.C.

§3112 is as effectual for all intents and purposes as if it had

been made upon you personally within the State of Delaware.

STEVEN J. STERPARO
3622 Silverside Road
Wilmington, DE 19810
Bar No. 2293
302/479-9555
Attorney for Plaintiffs

DATE:  September 18, 2007

EFiled: Aug 22 2007 11:04
Transaction ID 16053691
Case No. 07C-08-035 JTV

### SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:    N    K    S          CIVIL ACTION NUMBER: _07C-08-035 JTV_
CIVIL CASE CODE: _CPIA_        CIVIL CASE TYPE: _Personal Injury Auto_
                              (SEE REVERSE SIDE FOR CODES AND TYPE)

| CAPTION:<br>MELISSA L. TURNEY,<br>ROSS E. TURNEY, her husband,<br>and TREVOR SHIVELY, her minor son,<br>by Melissa L. Turney as Parent and/or Legal<br>Guardian,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARTHUR GLOVER, and<br>WENGER TRUCK LINE, INC.,<br>A Foreign Corporation,<br><br>      Defendants. | NAME AND STATUS OF PARTY FILING DOCUMENT:<br>**See Caption, Plaintiffs**<br><br>DOCUMENT TYPE: (E.G. COMPLAINT; ANSWER WITH COUNTERCLAIM)<br>**Complaint**<br><br>Non-Arbitration _X_     E-FILE _X_<br><br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration _X_  Mediation___  Neutral Assessment___<br>JURY DEMAND __X_ YES ___NO<br>TRACK ASSIGNMENT REQUESTED: (CIRCLE ONE)<br>EXPEDITED    STANDARD    COMPLEX |
| ATTORNEY NAME(S):<br>Steven J. Stirparo | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING<br>**JUDGE'S INITIALS** |
| FIRM NAME:<br>Steven J. Stirparo Attorney at Law | |
| ADDRESS:<br>Steven J. Stirparo Attorney at Law | |
| 3622 Silverside Road | |
| Wilmington, Delaware 19810 | EXPLAIN THE RELATIONSHIP(S): _____ |
| TELEPHONE NUMBER: 302-479-9555 | |
| FAX NUMBER: 302-427-9559 | |
| E-MAIL ADDRESS: | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES). |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

EFiled: Aug 22 2007 11:04
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                          )
ROSS E. TURNEY, her husband                 )
and TREVOR SHIVELY, her minor               )
son, by Melissa Turney as                   )
Parent and Legal Guardian,                  )
                                            )
            Plaintiffs,                     )        C.A. NO.: 07C-08-035 JTV
                                            )
        v.                                  )
                                            )
ARTHUR GLOVER, and                          )        NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,                     )        JURY TRIAL DEMANDED
a Foreign Corporation,                      )
                                            )
            Defendants.                     )

## COMPLAINT

1.     Plaintiffs are individual residents of the State of
Delaware residing at 30 Vineyard Lane, Felton, Delaware 19943.

2.     Upon information and belief, defendant Arthur Glover
is an individual resident of the State of Iowa residing at 2111
Van Wie Avenue, Rockford, Illinois 61103.

3.     Upon information and belief, defendant Wenger Truck
Lines, Inc. is a foreign corporation with its principal place of
business located at 1011 Floral Lane, Davenport, Iowa 52802.

4.     At all times pertinent hereto, defendant Arthur
Glover was acting within the course and scope of his employment
with defendant Wenger Truck Lines, Inc. Therefore, defendant
Wenger Truck Line, Inc. is responsible for the reckless, wanton
and/or negligent actions and/or inactions of defendant Arthur

From: unknown    Page: 11/20    Date: 9/28/2007 10:27:59 AM

## COUNT I

5.    On August 25, 2005 at approximately 12:33 p.m.,
plaintiff Melissa L. Turney was operating a vehicle owned by
plaintiff Ross E. Turney, travelling in a southerly direction on
Dupont Highway, in New Castle County, and stopped at a red light.

6.    At the same time, a 2001 International Freightliner
being operated by defendant Arthur Glover and owned by defendant
Wenger Truck Line, Inc., was also travelling in a southerly
direction on Dupont Highway.

7.    Suddenly and without warning, the vehicle operated by
defendant Arthur Glover and owned by defendant Wenger Truck Line,
Inc. struck the rear of the vehicle that was operated by
plaintiff Melissa L. Turney.

8.    Immediately following impact, plaintiff Melissa L.
Turney put her vehicle in park, turned on her hazard lights and
called 911 to notify the police.

9.    At or about the same time, the traffic light turned
green and the vehicle operated by defendant Arthur Glover and
owned by defendant Wenger Truck Line, Inc. again struck the rear
of the vehicle being operated by plaintiff Melissa Turney and
pushed plaintiff's vehicle forward a distance even though
plaintiff's vehicle was in park at the time.

10.   The aforesaid collision and plaintiff Melissa L.
Turney's resulting injuries and damages were proximately caused
by the recklessness, wantonness and/or negligence of defendant
Arthur Glover in that he:

a.    Operated his vehicle on a highway at a speed greater than was reasonable and prudent under the conditions and without having regard to the actual and potential hazards then existing, in violation of 21 Del. C. § 4168(b);

b.    Operated his vehicle in a wanton and/or reckless disregard for the safety of persons or property, in violation of 21 Del. C. § 4175(a);

c.    Operated his vehicle in such a manner as to cause wanton or reckless damage to or destruction of property owned by another person, party, company or corporation, in violation of 21 Del. C. § 4172(a);

d.    Operated his vehicle in such a manner as to cause wanton or reckless damage to or destruction of property owned by another person, party, company or corporation, or so as to cause or threaten to cause injury or death to any person, in violation of 21 Del. C. § 4172(b);

e.    failed to maintain a proper lookout while operating the vehicle he was driving, in violation of 21 Del. C. § 4176(b);

f.    failed to give full time and attention to the operation of the vehicle he was driving, in violation of 21 Del. C. § 4176(b);

g.    operated the vehicle he was driving in a careless and imprudent manner, without due regard for traffic conditions then existing, in violation of 21 Del. C. § 4176(a);

h.    failed to exercise and maintain proper control

over the vehicle he was driving;

      i.    failed to give full time and attention to the operation of his motor vehicle in violation of 21 Del.C. §4176(b); and

      j.    violated the common-law duty of lookout.

    11.  As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Melissa L. Turney suffered severe bodily injuries including, but not limited to, injuries to her head, neck, back and right leg. Some or all of her injuries have continued since the collision and are permanent in nature.

    12. As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Melissa L. Turney has incurred and will continue to incur in the future, medical and related expenses for her care and treatment.

    13.  As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Melissa L. Turney has incurred in the past and will incur in the future, pain, suffering, discomfort and mental anguish.

    14.  As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Melissa L. Turney has sustained in the past and may sustain in the future a loss of earnings and/or earning capacity.

15.  As a further direct and proximate result of the recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Ross E. Turney suffered the loss of consortium and companionship of his wife, Melissa L. Turney, as a result of her injuries.

## COUNT II

16.  Plaintiff hereby incorporates paragraphs 1 through 15 as if fully set forth herein.

17.  As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Trevor Shively suffered bodily injuries and emotional distress.  Some or all of his injuries have continued since the collision and are permanent in nature.

18.  As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Arthur Glover, plaintiff Trevor Shively has incurred in the past and will incur in the future, pain, suffering, discomfort and mental anguish.

WHEREFORE, plaintiffs demand judgment against defendants, jointly and severally, for their special and general damages, including pain and suffering, punitive damages, attorney fees, pre and post judgment interest, the costs of this action and other such relief as the Court finds just.

/s/ Steven J. Stirparo
STEVEN J. STIRPARO
3622 Silverside Road
Wilmington, DE 19810
Bar No. 2293
302/479-9555
Attorney for Plaintiffs

DATED:  August 21, 2007

From: unknown   Page: 16/20   Date: 9/28/2007 10:28:00 AM

EFiled: Aug 22 2007 11:0[...] EDT
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

| | | |
|---|---|---|
| MELISSA L. TURNEY, ROSS E. TURNEY, her husband and TREVOR SHIVELY, her minor son, by Melissa Turney as Parent and Legal Guardian, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. NO.: 07C-08-035 JTV |
| v. | ) ) | |
| ARTHUR GLOVER, and WENGER TRUCK LINE, INC., a Foreign Corporation, | ) ) ) ) | NON-ARBITRATION CASE JURY TRIAL DEMANDED |
| Defendants. | ) | |

## CERTIFICATION OF VALUE

I, Steven J. Stirparo, Esquire, attorney for plaintiffs, hereby certify in good faith at this time in my opinion that the sum of damages of plaintiffs is in excess of $100,000.00, exclusive of costs and interest.

/s/ Steven J. Stirparo
STEVEN J. STIRPARO
3622 Silverside Road
Wilmington, DE 19810
Bar No. 2293
(302) 479-9555
Attorney for Plaintiffs

Dated: August 21, 2007

EFiled: Aug 22 2007 11:0[...]
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

MELISSA L. TURNEY,                    )
ROSS E. TURNEY, her husband           )
and TREVOR SHIVELY, her minor         )
son, by Melissa Turney as             )
Parent and Legal Guardian,            )
                                      )
            Plaintiffs,               )     C.A. NO.: 07C-08-035 JTV
                                      )
      v.                              )
                                      )
ARTHUR GLOVER, and                    )     NON-ARBITRATION CASE
WENGER TRUCK LINE, INC.,              )     JURY TRIAL DEMANDED
a Foreign Corporation,                )
                                      )
            Defendants.               )

## PLAINTIFFS' FORM 30 INTERROGATORY ANSWERS

1.   Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident which is the subject of the litigation.

ANSWER.   Plaintiffs Melissa L. Turney and Trevor Shively, 30 Vineyard Lane, Felton, Delaware 19943, 302-284-0274; and defendant Arthur Glover, 2111 Van Wie Avenue, Rockford, IL 61103.

2.   Give the name and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

ANSWER.   In addition to the parties listed in the answer above, other persons with knowledge of the facts include; their counsel; representatives of Wenger Truck Line Inc., plaintiff's family, friends, physicians, attorneys, the investigating officer and 911 telephone operator.

3.   Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the persons who have original and copies of the interview.

ANSWER.   None to plaintiffs' present recollection.

4.   Identify all photographs, diagrams or other representations made in connection with the matter in litigation, giving the names and present or last known residential and employment addresses and telephone number of the person having the original and copies thereof.

ANSWER.   See police report. In further response, plaintiffs' counsel is in possession of photographs of the accident scene and property damage, and copy of the 911 tape.

5.   Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type, the experts whom the party expects to retain in connection with the litigation.

ANSWER.   Objection, beyond the scope of Rule 26. Without waiving the objection, plaintiffs expect to retain the appropriate medical, liability, vocational, and economic experts, if necessary.

6.   Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to litigation, including:

        a.   The name and address of all companies insuring the risk;

        b.   The policy numbers;

        c.   The type of insurance;

        d.   The amounts of primary, secondary and excess coverage.

coverage.

**ANSWER:**

A. PIP

    a. State Farm Insurance Company

    b. 08-5142-796

    c. Bodily injury

    d. $100,000.00 per person/$300,000.00 per accident

B. BI

    a. National Interstate Insurance

    b. 19471

    c. Liability

    d. unknown.

7. Give the name, professional address and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten-year period immediately prior to the date of the incident at issue in this litigation.

**ANSWER:** To be provided upon entry of appearance by counsel for defendants.

                          /s/ Steven J. Stirparo
                          STEVEN J. STIRPARO
                          3622 Silverside Road
                          Wilmington, DE 19810
                          Bar No. 2293
                          302/479-9555
                          Attorney for Plaintiffs

DATED: August 21, 2007

EFiled: Aug 22 2007 11:0
Transaction ID 16053691
Case No. 07C-08-035 JTV

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

| | | |
|---|---|---|
| MELISSA L. TURNEY,<br>ROSS E. TURNEY, her husband<br>and TREVOR SHIVELY, her minor<br>son, by Melissa Turney as<br>Parent and Legal Guardian, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. NO.: 07C-08-035 JTV |
| v. | ) ) | |
| ARTHUR GLOVER, and<br>WENGER TRUCK LINE, INC.,<br>a Foreign Corporation, | ) ) ) ) | NON-ARBITRATION CASE<br>JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION PURSUANT TO RULE 3(A)(1)(i)

1.    Photocopies of existing documentary evidence relating to special damages.

RESPONSE: To the extent that plaintiff seeks to recover for special damages, photocopies of pertinent documents will be provided to the defendants upon request after an answer is filed in this litigation.

2.    In any case in which lost wages or salary is claimed, photocopies of pertinent portions of income tax returns of the plaintiffs for the past three years.

RESPONSE: To the extent that plaintiff seeks to recover for past lost wages or salary, photocopies of pertinent portions of their income tax returns for the past three (3) years will be provided to the defendants upon request after an answer is filed in this litigation.

/s/ Steven J. Stirparo
STEVEN J. STIRPARO
3622 Silverside Road
Wilmington, DE 19810
Bar No. 2293
302/479-9555

DATED:   August 21, 2007          Attorney for Plaintiffs



# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS, COMPLAINT, FORM 30 INTERROGATORY ANSWERS, RULE3(a)(1) RESPONSE


this day, Friday, August 31, 2007, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

ARTHUR GLOVER AND WENGER TRUCK LINE, INC.


and a copy of the Complaint for the said defendant, together with the sum of $ 4.00 Dollars, as prescribed by Section 3112 of Title 10 of the Delaware Code of 1978.

So Answers,


Jim Higdon
Sheriff of Kent County

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELISSA L. TURNEY, | : | District Court No._____ |
| ROSS E. TURNEY, her husband | : | |
| and TREVOR SHIVELY, her minor | : | |
| son, by Melissa Turney as Parent | : | CIVIL ACTION No.: 07C-08-035 JTV |
| and Legal Guardian, | : | |
| Plaintiffs, | : | NOTICE OF REMOVAL |
| | : | |
| | : | |
| v. | : | |
| | : | |
| ARTHUR GLOVER, and | : | |
| WENGER TRUCK LINE, INC., | : | |
| a Foreign Corporation | : | |
| Defendants. | : | |

CERTIFICATE OF SERVICE

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be served via first class

mail/hand delivery at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 16th day of

October 2007, a true and correct copy of the attached Notice of Removal to:

Steven J. Stirparo, Esquire
3622 Silverside Road
Wilmington, DE 19810

CASARINO, CHRISTMAN & SHALK, P.A.

STEPHEN P. CASARINO, ESQ. #174
SARAH C. BRANNAN, ESQ. #4685
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorneys for the Defendant

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

MELISSA TURNEY, ROSS E. TURNEY, )    C.A. No. 07-cv-00648-JJF
her husband and TREVOR SHIVELY, her )
minor son, by MELISSA TURNEY, as )
parent and legal guardian, )
    )
        *Plaintiffs,* )
    vs. )
    )
ARTHUR GLOVER, and WENGER )
TRUCK LINE, INC., a foreign corporation )
    )
        *Defendants.* )

### NOTICE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 9th day of January, 2008 copies of the **NOTICE UNDER 10 DEL.C. §3112 UNDER DELAWARE LONG ARM STATUTE TO DEFENDANT, ARTHUR GLOVER** were filed electronically with the U.S. District Court and sent by registered and regular mail to:

Arthur Glover                Sarah Brannan, Esquire
(via registered and regular mail)    (via regular mail)
2111 Van Wie Avenue        Casarino, Christman, & Shalk
Rockford, IL 61103            800 North King Street, Suite 200
                            P.O. Box 1276
                            Wilmington, DE 19899-1276

DAVID P. CLINE, P.A.

BY:    /s/ David P. Cline
         DAVID P. CLINE, ESQUIRE (#2681)
         1300 Market Street, Suite 700
         P.O. Box 1970
         Wilmington, DE 19899-1970
         (302) 529-7848
Dated: 01/09/08        *Attorney for Plaintiffs*





# David P. Cline

*davidcline@mylawman.com*                    *Attorney-at-Law*                    *Let Mylawman become Yourlawman.*™

**715 N. KING ST., 1ST FLOOR**                    PHILADELPHIA, PA 19103
*LICENSED TO PRACTICE IN*                    **PO BOX 33**                    **MEDIA, PA 19063**
*DE MD NJ NY & PA*                    **WILMINGTON DE 19899-0033**                    **MT LAUREL, NJ 08054**
                                   **302  529 - 7848**
**FAX 302 654-0884**                    **302 LAW-SUIT**
<u>**PLEASE NOTE NEW ADDRESS ABOVE; P.O. BOX REMAINS SAME**</u>

January 9, 2008

Arthur Glover
2111 Van Wie Avenue
Rockford, IL 61103

### <u>VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL</u>

Re:    Melissa Turney, et al. vs. Arthur Glover, et al.
        Case No.: 07-cv-00648-JJF

Dear Mr. Glover:

Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953. This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint. Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you. A copy of that answer must be served upon me.

Please turn this matter over to the auto insurance company that was in effect on the date of this accident. If you do not have insurance that will cover you for this accident please contact me at the above. Thank you.

**Very truly yours,**

*/s/ David P. Cline*
*(signed electronically)*

**David P. Cline**

Enclosure
DPC/AS/a

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

MELISSA TURNEY, ROSS E. TURNEY, )    C.A. No. 07-cv-00648-JJF
her husband and TREVOR SHIVELY, her )
minor son, by MELISSA TURNEY, as )
parent and legal guardian, )
                           )
          *Plaintiffs,*    )
     vs.                  )
                           )
ARTHUR GLOVER, and WENGER )
TRUCK LINE, INC., a foreign corporation )
                           )
         *Defendants.*    )

**NOTICE OF SERVICE**

    I, David P. Cline, Esquire, hereby certify that on this 23rd day of January, 2008 copies of the **AFFIDAVIT** were filed electronically with the U.S. District Court and sent by regular mail to:

Arthur Glover                    Sarah Brannan, Esquire
2111 Van Wie Avenue          Casarino, Christman, & Shalk
Rockford, IL 61103             800 North King Street, Suite 200
                                  P.O. Box 1276
                                  Wilmington, DE 19899-1276

                      DAVID P. CLINE, P.A.

          BY:    /s/ David P. Cline
                    DAVID P. CLINE, ESQUIRE (#2681)
                    1300 Market Street, Suite 700
                    P.O. Box 1970
                    Wilmington, DE  19899-1970
                    (302) 529-7848
                    *Attorney for Plaintiffs*

Dated:  January 23, 2008