AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Melissa L. Turney, Ross E. Turney, her husband and Trevor Shively, her minor son, by Melissa Turney as parent and Legal Guardian

V.

Arthur Glover and Wenger Truck Line, Inc., a foreign corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-cv-00648-JJF

TO: (Name and address of Defendant)

Arthur Glover
2111 Van Wie Avenue
Rockford, IL 61103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David P. Cline, Esquire
715 North King Street, Suite 100
P.O. Box 33
Wilmington, DE 19899-0033

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    12/13/07

CLERK                                              DATE

*E. Stricklin* (signature)

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* Edward Borkowski | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: I made attempts on 1/5 + 1/6/08. On 1/9/08 at 1:10 pm, I spoke to a neighbor at 2121 Van Wie who stated there is no Arthur Glover living at 2111 Van Wie Ave.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date               Signature of Server

Address of Server: 210 Dodge St. Jonesville WI

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.