## AFFIDAVIT OF DUE DILIGENCE

State of Delaware                    County of                    District Court

Case Number: 07CV00648JJF

Plaintiff:
Melissa L. Turney et al

vs.

Defendant:
Arthur Glover et al

Received these papers to be served on ARTHUR GLOVER, 2111 Van Wie Ave., Rockford, IL 61103.

I, Edward A. Barkowski, being duly sworn, depose and say that on the 9th day of January, 2008 at 1:10 pm, I:

**NON-SERVED**: After due search, careful inquiry and diligent attempts I was unable to serve the **Summons & Complaint** for the reason that I failed to find subject because of the following:

Additional Information pertaining to this Service:
1/5/2008  8:50 am   Attempted Service at 2111 Van Wie Ave., Rockford, IL. No answer. Left a business card.
1/6/2008  11:15 am  Attempted Service at 2111 Van Wie Ave., Rockford, IL. No answer. Left a business card.
1/9/2008  1:10 pm   Attempted Service at 2111 Van Wie Ave., Rockford, IL. No answer. I spoke to a neighbor at 2121 Van Wie Ave. who stated that the home at 2111 Van Wie Ave. is a rental and there is no Arthur Glover living there.

I swear that I am an adult over the age of 18 years, and I am not a party to the above entitled action. Furthermore, I am employed as a private detective under Illinois Agency License #117-000654.

Edward A. Barkowski
117-000654

Subscribed and Sworn to before me on the 18th day of January, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES:

Our Job Serial Number: 2007013460

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, )<br>her husband and TREVOR SHIVELY, her )<br>minor son, by MELISSA TURNEY, as )<br>parent and legal guardian, )<br>)<br>    *Plaintiffs,* )<br>vs. )<br>)<br>ARTHUR GLOVER, and WENGER )<br>TRUCK LINE, INC., a foreign corporation )<br>)<br>    *Defendants.* ) | C.A. No. 07-cv-00648-JJF |

### NOTICE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 19th day of February, 2008 copies of the **AFFIDAVIT OF DUE DILIGENCE** were filed electronically with the U.S. District Court and sent by regular mail to:

Sarah Brannan, Esquire
Casarino, Christman, & Shalk
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276

                                        DAVID P. CLINE, P.A.

BY:   /s/ David P. Cline
         DAVID P. CLINE, ESQUIRE (#2681)
         1300 Market Street, Suite 700
         P.O. Box 1970
         Wilmington, DE 19899-1970
         (302) 529-7848
         *Attorney for Plaintiffs*

Dated: 2/19/08