**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, )<br>her husband and TREVOR SHIVELY, her )<br>minor son, by MELISSA TURNEY, as )<br>parent and legal guardian, )<br>)<br>      *Plaintiffs,* )<br>  vs. )<br>)<br>ARTHUR GLOVER, and WENGER )<br>TRUCK LINE, INC., a foreign corporation )<br>)<br>      *Defendants.* ) | C.A. No.  07-cv-00648-JJF |

**CERTIFICATE OF SERVICE**

      I, David P. Cline, Esquire, hereby certify that on this 11th day of March 2008, two copies of the Plaintiffs' Interrogatories Directed to Defendant were sent via regular U.S. Mail to:

Sarah Brannan, Esquire
Casarino, Christman, & Shalk
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276

                                      DAVID P. CLINE, P.A.

                          BY:    /s/ David P. Cline
                                        DAVID P. CLINE, ESQUIRE (#2681)
                                        1300 Market Street, Suite 700
                                        P.O. Box 1970
                                        Wilmington, DE  19899-1970
                                        (302) 529-7848
                                        *Attorney for Plaintiffs*

Dated: 3/11/08