## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, )<br>her husband and TREVOR SHIVELY, her )<br>minor son, by MELISSA TURNEY, as )<br>parent and gaurdian, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　*Plaintiffs,*　　　　　　　　)<br>　　vs.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>ARTHUR GLOVER, and WENGER　　　)<br>TRUCK LINE, INC., a foreign corporation )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　*Defendants.*　　　　　　　　) | C.A. No.  07-cv-00648-JJF |

### CERTIFICATE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 11th day of March 2008, two copies of the Plaintiffs' Request for Production Directed to Defendant were sent via regular U.S. Mail to:

Sarah Brannan, Esquire
Casarino, Christman, & Shalk
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276

　　　　　　　　　　　　　　　　　　　　DAVID P. CLINE, P.A.

　　　　　　　　　　　　BY:　　/s/ David P. Cline
　　　　　　　　　　　　　　　　DAVID P. CLINE, ESQUIRE (#2681)
　　　　　　　　　　　　　　　　1300 Market Street, Suite 700
　　　　　　　　　　　　　　　　P.O. Box 1970
　　　　　　　　　　　　　　　　Wilmington, DE  19899-1970
　　　　　　　　　　　　　　　　(302) 529-7848
　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

Dated: 3/11/08