IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MELISSA TURNEY, ROSS E. TURNEY, :
her husband and T.S., her minor son, by :
MELISSA TURNEY, as parent and legal :
guardian, :
                                                :
         Plaintiffs, :
                                                  :
v. : C. A. No. 07-648-JJF
                                                :
ARTHUR GLOVER, and WENGER :
TRUCK LINE, INC., a foreign corporation, :
                                                :
         Defendants. :

## ORDER

At Wilmington this 30th day of **June, 2008.**

IT IS ORDERED that pursuant to the request of defense counsel as contained in a letter dated June 23, 2008, which plaintiff's counsel does not oppose, the mediation scheduled for **August 4, 2008** is canceled. A teleconference is scheduled for **Tuesday, July 22, 2008** at **8:30 a.m.** to reschedule the mediation. **Stephen Casarino, Esq.** shall initiate the teleconference.

                                                    /s/ Mary Pat Thynge
                                                    UNITED STATES MAGISTRATE JUDGE