IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, her husband and T.S., her minor son, by MELISSA TURNEY, as parent and legal guardian, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-648-JJF |
| ARTHUR GLOVER, and WENGER TRUCK LINE, INC., a foreign corporation, | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **14th** day of **July, 2008.**

IT IS ORDERED that the teleconference scheduled for Tuesday, July 22, 2008 at 8:30 a.m. with Judge Thynge to reschedule the mediation has been rescheduled for **Tuesday, July 29, 2008 at 9:00 a.m. Stephen Casarino, Esq.** shall initiate the teleconference call.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE