NOTICE OF NON RESPONSE MONOTARY SETTLEMENT AGREEMENT BY SILENCE FOR BREACH OF DUTY, PERFORMANCE AND OBLIGATION OF CONTRACT U S DISTRICT COURT DISTRICT OF DELAWARE/ADMINSTRATOR OF JUSTICE B.M SLEET SETTLEMENT ACCOUNTS 08-289,07-763,07-846,07-648   6 MS

MONOTARY SETTLEMENT AGREED JUDGMENT $ 10 million one hundred thousand owed by the CITY OF PHILADELPHIA AND ITS ESQUIRES /EMPLOYEES

SUBJECT MATTER
Breach of duty, performance and obligation under INTERNATIONAL LAW Governing admiralty maritime contracts title 9 sections 1,2,3,13 201 202,203,301 &304 not limited to title 28 sections 1331,1332&1333 ,the courts and its esquires dba judges are one under corpus juris secundum 7 section 4 both parties are equally liable jointly For not carrying out the contracts to the letter as filed and stipulated adminstrator of justice sleet failed to do three simple things in the satisfaction of the execution of the terms of contract.

1.He filed the case as a civil action when in fact it is an arbitration settlement already decided between the claimant James Coppedge and the CITY OF PHILADELPHIA (affidavit of monetary stipulation )I specified in several documentations see exhibit this fact which was ignored by Mr sleet,
2 Mr sleet failed to issue a permanent injunctive order to restrain the defendants from numerous criminal /civil tortuous interferences a week with having knowledge of these numberous wrong doings
3 Mr sleet failed to enforce the tele- conference DATES 1-22-08 & 2-12-08 hold him and the courts accountable as stipulated in the irrevocable default stipulation terms which would have settled the matter months ago if not for his omissions

I JOHN T MELVIN a Notary certify I did not Receive any Rebuttal from the affidavit of breach of performance duty and obligation sent out July 28 ,2008 certified mail number 7008 0500 0000 3224 8872 it is now August 12, 2008 And not rebuttal was sent.

Before me came
_____ the injured party who administrated the notary process executing this monetary settlement agreement instrument by strict terms of contractual claims who he is said presiding in accord with the laws of private contracts of admiralty maritime awards.



FILED
AUG 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



# SAUL EWING
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

January 14, 2008

**VIA E-FILE & HAND DELIVERY**
Honorable U.S. Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Coppedge v. City of Philadelphia*, Case No. 1:07-cv-00684-***-MPT

   *Coppedge v. Leatherman*, Case No. 1:07-cv-00763-***-MPT

Dear Judge Thynge:

This firm represents the defendants in the above-captioned actions. We write today to request a brief continuance of the scheduling teleconference currently set for January 22, 2008 at 10 a.m. so that I can participate in the teleconference.

I am scheduled to be out of the state from January 17 to January 28, and accordingly, will not be able to take part in the teleconference if it proceeds on January 22, 2008. I should be in a position to participate in such a teleconference the rest of the week of January 28, 2008, or any date thereafter that is convenient to the Court and counsel.

Prior to sending this letter, we attempted to inform the Plaintiff of our need for a continuance and request his consent. As I understand it, we have not been able to reach him but wanted to raise this issue before the Court as soon as practicable.

Of course, we are available to discuss this request at the Court's convenience.

Respectfully,

Michael R. Robinson (No. 4465)

cc:   Mr. James Coppedge (via U.S. Mail)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

555358.1 1/14/08

**Other Documents**
1:07-cv-00684-***-MPT Coppedge v. City of Philadelphia
PaperDocuments


1:07-cv-00763-***-MPT Coppedge v. Letherman


## U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Robinson, Michael on 1/14/2008 at 4:05 PM EST and filed on 1/14/2008
**Case Name:**       Coppedge v. City of Philadelphia
**Case Number:**     1:07-cv-684
**Filer:**
**Document Number:** 18

**Docket Text:**
Letter to Magistrate Judge Mary Pat Thynge from Michael R. Robinson regarding a request for a continuance of the scheduling teleconference scheduled for January 22, 2008 at 10:00 a.m. - re [12] Order Setting Teleconference. (Robinson, Michael)

**Case Name:**       Coppedge v. Letherman
**Case Number:**     1:07-cv-763
**Filer:**
**Document Number:** 14

**Docket Text:**
Letter to Magistrate Judge Mary Pat Thynge from Michael R. Robinson regarding a request for a continuance of the scheduling teleconference scheduled for January 22, 2008 at 10:00 a.m. - re [12] Order Setting Teleconference. (Robinson, Michael)


**1:07-cv-684 Notice has been electronically mailed to:**

Michael R. Robinson    mrobinson@saul.com, aiannini@saul.com, mvandermark@saul.com

**1:07-cv-684 Notice has been delivered by other means to:**

James Coppedge
3742 N. 18th
Philadelphia, PA 19140

**1:07-cv-763 Notice has been electronically mailed to:**

Michael R. Robinson    mrobinson@saul.com, aiannini@saul.com, mvandermark@saul.com

**1:07-cv-763 Notice has been delivered by other means to:**

James Coppedge
3742 N. 18th
Philadelphia, PA 19140

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/14/2008] [FileNumber=502310-0]
[b7786d30879deefabd60986adf6e7da94899c5147939472461eea39bc9c5a5f60501
97e604a96668de30c7abae59447d7051a56b6eedeb7a51f83f68d463539f]]



**Welch**
**& Gold**
**& Siegel,** P.C.

*Attorneys at Law*

Ref. c8-1250
BMS
07-763
07-684
07-F46

August 6, 2008

Attention: Commanding Officer
Philadelphia Police, 35th District
Broad & Champlost Avenues
Philadelphia, PA 19141

    Re: Incident: 3637 N. 21st St., August 5, 2008 at 7:30 a.m.
       My File No.: 421938

Dear Sir or Madam:

  I am writing on behalf of James Coppedge, the owner of a rooming house at 3637 N. 21st St., Philadelphia. On August 5, 2008, at approximately 7:30 am, officers from your district, and perhaps also from the 39th district, forcibly entered the rooming house. They told the manager on duty, Jamilla Owens, that they had a warrant to arrest a particular person. Ms. Owens told the officers that the man they were seeking does not reside in the rooming house. She further told the officers that the facility has only recently re-opened and that all the residents are new to the facility.

  The officers insisted on obtaining access to a room on the second floor which was locked. Ms. Owens told the officers that no one lives in the room and that she doesn't have a key to the room. The officers nevertheless kicked the door in, causing damage to the door and the frame. As Ms. Owens had explained, the room clearly was unoccupied.

  The officers did not give Ms. Owens a copy of the arrest warrant. They also did not give her a business card or any other contact information. Mr. Coppedge was required to call several different police districts and several different offices within the districts, in order to reach any with knowledge of the search and entry.

  Ultimately Mr. Coppedge was connected to a Sgt. Corbin, who refused to give his full name. Sgt. Corbin would not tell Mr. Coppedge the name of the man they had been seeking. Sgt. Corbin did mention that the police had entered Mr. Coppedge's property by mistake.

  Mr. Coppedge's building has sustained physical damage as a result of the improper search and entry. Also, the manager who was on duty and the residents of the facility were shaken by the incident, and their distress could have a lasting impact on Mr. Coppedge's business.

Welch, Gold & Siegel, P.C.
1240 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 1-800-375-3089
Telephone: (412) 391-7339
Fax: (412) 391-8232

Philadelphia Police, 35th District
August 6, 2008

Page Two

    Accordingly, Mr. Coppedge requests that you investigate this incident and send him a written response including the following:

- a copy of the arrest warrant;

- an explanation as to why the police conducted an early morning search and entry at the wrong address, particularly where the manager on duty assured them that they were at the wrong location; and

- the name, address, and phone number of the person and department with whom he may file a claim for damages.

    Please send your response directly to Mr. Coppedge at his post office box listed below.

Very truly yours,

WELCH, GOLD & SIEGEL, P.C.

CAROL L. ROSEN, ESQUIRE

CLR/dcg

cc:    James Coppedge
       PO Box 4482
       Philadelphia, PA 19140






James Copeland
37822 180A
Pt. 16 Ma / 5147

Clerk of Court of Delaware
844 King St
Wilmington DE 19801

CERTIFIED MAIL
7004 2510 0004 7620 6365

U.S. POSTAGE PAID
CHESWOLD, DE 19936
AUG 15 08
AMOUNT $5.49
00085863-0