IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, her husband and T.S., her minor son, by MELISSA TURNEY, as parent and legal guardian, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-648-JJF |
| ARTHUR GLOVER, and WENGER TRUCK LINE, INC., a foreign corporation, | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **28th** day of **August, 2008.**

IT IS ORDERED that the mediation scheduled for Thursday, September 4, 2008 beginning at 10:00 a.m. is cancelled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Thursday, September 4, 2008 at 10:00 a.m.** with Judge Thynge. **Stephen Casarino, Esquire shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE