# CASARINO CHRISTMAN SHALK RANSOM & DOSS, P.A.

<u>Attorneys at Law</u>

800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DE 19899

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN

(302) 594-4500
FAX: (302) 594-4509

WWW.CASARINO.COM

September 2, 2008

The Honorable Mary Pat Thynge
United States District Court
844 North King Street, Lock Box 8
Wilmington, DE 19801

       RE: Turney v. Glover and Wenger Truck Line, Inc.
       C.A. No.: 07-648

Dear Judge Thynge:

  This will confirm my telephone call with you of August 28, 2008 concerning the mediation currently scheduled for September 4, 2008. We do not have sufficient information in order to properly evaluate the case and Mr. Cline agrees that more information needs to be developed before we can have a meaningful mediation. Therefore, we have agreed to cancel the mediation currently scheduled for September 4, 2008 beginning at 10:00 a.m.

  I shall set up a conference call on September 4, 2008 at 10:00 a.m. with you and Mr. Cline in order to reschedule the mediation.

            Very truly yours,

            /s/

            STEPHEN P. CASARINO

SPC/rt

cc: David Cline, Esquire