## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, her husband and T.S., her minor son, by MELISSA TURNEY, as parent and legal guardian, | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    C. A. No. 07-648-JJF <br> : |
| ARTHUR GLOVER, and WENGER TRUCK LINE, INC., a foreign corporation, | : <br> : <br> : |
| Defendants. | : |

## ORDER

At Wilmington this **4th** day of **September, 2008.**

IT IS ORDERED that the mediation has been rescheduled for **Friday, January 9, 2009 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Tuesday, December 23, 2008 by no later than 12:00 Noon.** All other provisions of the Court's May 15, 2008 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                    /s/ Mary Pat Thynge
                                                  UNITED STATES MAGISTRATE JUDGE