IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELISSA TURNEY, ROSS E. TURNEY, ) <br> her husband and TREVOR SHIVELY, ) <br> her minor son, by MELISSA TURNEY, ) <br> as parent and legal guardian, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> ARTHUR GLOVER, and WENGER ) <br> TRUCK LINE, INC., a foreign ) <br> Corporation, ) <br> ) <br> Defendants. ) | C.A. No. 07-cv-00648-JJF |

## ORDER

UPON CONSIDERATION OF the Plaintiffs' Motion to Extend the Discovery Deadline, it is on this _____ day of _____, 2009, by the District Court for the District of Delaware, hereby

ORDERED, that the Motion be and is GRANTED, and it is further

ORDERED, that the Discovery Deadline be and is EXTENDED to March 16, 2009.

_____
Judge