UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MELISSA L. TURNEY, :
ROSS E. TURNEY, her husband :
and T.S., her minor son, by Melissa :
Turney as Parent and Legal Guardian, : Dist. Ct. No. 07-648 JJF
 :
    Plaintiffs, :
 :
v. :
 :
ARTHUR GLOVER, and :
WENGER TRUCK LINE, INC., :
a Foreign Corporation :
    Defendants. :

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action, through the undersigned counsel, that the complaint and all claims filed in this action are hereby dismissed with prejudice.

| | |
|---|---|
| DAVID CLINE, ESQUIRE | CASARINO CHRISTMAN SHALK, RANSOM & DOSS, P.A |
| /s/ David Cline | /s/ Stephen P. Casarino |
| David Cline, Esquire | Stephen P. Casarino, Esquire |
| 715 King Street, 1st Floor | 405 North King Street |
| P. O. Box 33 | Renaissance Centre, Suit 300 |
| Wilmington, DE 19899-0033 | P. O. Box 1276 |
| Attorney for Plaintiffs | Wilmington, DE 19899-1276 |
| | Attorney for Defendant |

SO ORDERED: _____
             J.

Dated: 4/27/09